```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RHAGINE SAUMDERS, and KABBRIA MARTIN,

                      Plaintiffs,

- against -

PAY-O-MATIC CHECK CASHING CORP,

                      Defendant.

**25 Civ.07663 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Plaintiffs Saumders and Martin and Defendant Pay-O-Matic Check Cashing Corp's joint request (see Dkt. No. 7) for an extension of time to answer, move, or otherwise respond to the Complaint is hereby **GRANTED**. Defendant Pay-O-Matic Check Cashing Corp shall answer, move, or otherwise respond to the Complaint no later than November 2, 2025.

**SO ORDERED.**

Dated:    14 October 2025
            New York, New York

                                            Victor Marrero
                                            U.S.D.J.